ROBERT J. NOLAN (#235738)
PILLSBURY WINTHROP SHAW PITTMAN LLP
50 Fremont Street
San Francisco, CA 94105
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
Email: robert.nolan@pillsburylaw.com

JAMES G. GATTO (admitted *pro hac vice*)
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Boulevard, Floor 14
McLean, VA 22102-4859
Telephone: (703) 770-7900
Facsimile: (703) 770-7901
Email: james.gatto@pillsburylaw.com

Attorneys for Defendant/Counterclaimant
*ENVIRONMENTAL SYSTEMS PRODUCTS, INC.*

\*\*E-Filed 12/29/2010\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INBAC, INC., a partnership,<br><br>          Plaintiff,<br><br>v.<br><br>ENVIRONMENTAL SYSTEMS PRODUCTS, INC., a corporation,<br><br>          Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No. 5:10-CV-04248 JF<br><br>**STIPULATED REQUEST TO CONTINUE DEADLINE TO FILE ADR FORMS AND [PROPOSED] ORDER** |

1

Pursuant to Civil L.R. 6.1(b), Plaintiff/Counterdefendant InBAC, Inc. and Defendant/Counterclaimant Environmental Systems Products, Inc. (collectively, the "Parties") hereby stipulate to and request a continuance of the deadline to file the ADR Certification (pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b)) and Stipulation to ADR Process or Notice of Need for ADR Telephone Conference (pursuant to Civil L.R. 16-8(c) and ADR L.R. 3-5(c)) (collectively, the "ADR Forms") from December 23, 2010 to January 3, 2011.

### RECITALS

1. The Parties have reached a settlement in principle of this action, and are finalizing the terms of a settlement agreement.

2. To avoid the burden and expense of preparing and filing potentially unnecessary forms, and to conserve judicial resources, the Parties have stipulated and agreed to continue the deadline to file the ADR Forms.

3. The ADR Forms were originally due December 17, 2010. *See* Docs. 3, 17.

4. The ADR Forms are currently due December 23, 2010. *See* Doc. 22.

5. The Parties have stipulated and agreed and hereby request the Court to continue the deadline to file the ADR Forms from December 23, 2010 to January 3, 2011.

### STIPULATION

Pursuant to Civil L.R. 6-1(b), the Parties hereby stipulate and agree to a continuance of the deadline to file the ADR Forms and request that it be continued to January 3, 2011.

Dated:  December 22, 2010          Respectfully submitted,

By: /s/Robert J. Nolan
Robert J. Nolan (#235738)
PILLSBURY WINTHROP SHAW PITTMAN LLP
50 Fremont Street
San Francisco, CA 94105
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
Email: robert.nolan@pillsburylaw.com

|   |   |
|---|---|
|   | James G. Gatto (admitted *pro hac vice*)<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>1650 Tysons Boulevard<br>McLean, VA 22102-4859<br>Telephone: (703) 770-7900<br>Facsimile: (703) 770-7901<br>Email: james.gatto@pillsburylaw.com<br><br>*Attorneys for Defendant/Counterclaimant*<br>*Environmental Systems Products, Inc.* |
| Dated: December 22, 2010 | By: /s/Stuart C. Clark<br>Stuart C. Clark (#124152)<br>CARR & FERRELL LLP<br>120 Constitution Drive<br>Menlo Park, CA 94025<br>Telephone: (650) 812-3400<br>Facsimile: (650) 812-3444<br>Email: clark@carrferrell.com<br><br>Vani Moodley (#219139)<br>HAHN MOODLEY LLP<br>800 West El Camino Real<br>Mountain View, CA 95014<br>Telephone: (650) 903-2257<br>Facsimile: (650) 963-3303<br>Email: vani@hahnmoodley.com<br><br>*Attorneys for Plaintiff/Counterdefendant*<br>*InBAC, Inc.* |

## ATTESTATION PURSUANT TO GENERAL ORDER 45, § X(B)

I attest that I have obtained the concurrence in the filing of this document from each signatory pursuant to General Order 45, § X(B).

By: /s/Robert J. Nolan
Robert J. Nolan (#235738)
PILLSBURY WINTHROP SHAW PITTMAN LLP
50 Fremont Street
San Francisco, CA 94105
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
Email: robert.nolan@pillsburylaw.com

James G. Gatto
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, VA 22102-4859
Telephone: (703) 770-7900
Facsimile: (703) 770-7901
Email: james.gatto@pillsburylaw.com

*Attorneys for Defendant/Counterclaimant
Environmental Systems Products, Inc.*

## [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that pursuant to the above stipulation of the parties the deadline to file the ADR Certification (pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b)) and Notice of Need for ADR Phone Conference (pursuant to Civil L.R. 16-8(c) and ADR L.R. 3-5(b), (c)) currently set for December 23, 2010 is continued to January 3, 2011.

Dated: 12/29/2010

_____
HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE