ROBERT J. NOLAN (#235738)
PILLSBURY WINTHROP SHAW PITTMAN LLP
50 Fremont Street
San Francisco, CA 94105
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
Email: robert.nolan@pillsburylaw.com

**E-Filed 1/4/2011**

JAMES G. GATTO (admitted *pro hac vice*)
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Boulevard, Floor 14
McLean, VA 22102-4859
Telephone: (703) 770-7900
Facsimile: (703) 770-7901
Email: james.gatto@pillsburylaw.com

*Attorneys for Defendant/Counterclaimant*
ENVIRONMENTAL SYSTEMS PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INBAC, INC., a partnership,<br><br>Plaintiff,<br><br>v.<br><br>ENVIRONMENTAL SYSTEMS PRODUCTS, INC., a corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No. 5:10-CV-04248 JF<br><br>**STIPULATED REQUEST TO CONTINUE DEADLINES TO FILE ADR FORMS AND JOINT CASE MANAGEMENT STATEMENT, AND TO COMPLETE INITIAL DISCLOSURES, AND [PROPOSED] ORDER** |

402564661v1

1

Pursuant to Civil L.R. 6-1(b), Plaintiff/Counterdefendant InBAC, Inc. and Defendant/Counterclaimant Environmental Systems Products, Inc. (collectively, the "Parties") hereby stipulate to and request a continuance of the deadlines to file the ADR Certification (pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b)) and Stipulation to ADR Process or Notice of Need for ADR Telephone Conference (pursuant to Civil L.R. 16-8(c) and ADR L.R. 3-5(c)) (collectively, the "ADR Forms"), and the Joint Case Management Statement (pursuant to Civil L.R. 16-9(a)), and to complete Initial Disclosures (pursuant to Fed. R. Civ. P. 26(a)(1)), from January 3, 2011 to January 5, 2011.

## RECITALS

1. The Parties have reached a settlement in principle of this action, and are finalizing the terms of a settlement agreement.

2. To avoid the burden and expense of preparing and filing or serving potentially unnecessary forms and discovery, and to conserve judicial resources, the Parties have stipulated and agreed to continue the deadline to file the ADR Forms.

3. The ADR Forms were originally due December 17, 2010. *See* Docs. 3, 17.

4. The ADR Forms were subsequently due December 23, 2010. *See* Doc. 22.

5. The ADR Forms are currently due January 3, 2011. *See* Doc. 24.

6. The Joint Case Management Statement and Initial Disclosures are currently due January 3, 2011. *See* Docs. 3, 17.

7. The Parties have stipulated and agreed and hereby request the Court to continue the deadlines to file the ADR Forms and Joint Case Management Statement, and to complete Initial Disclosures, from January 3, 2011 to January 5, 2011.

## STIPULATION

Pursuant to Civil L.R. 6-1(b), the Parties hereby stipulate and agree to a continuance of the deadlines to file the ADR Forms and Joint Case Management Statement, and to complete Initial Disclosures, and request that they be continued to January 5, 2011.

402564661v1

2

STIPULATED REQUEST TO CONTINUE DEADLINES
TO FILE ADR FORMS AND JOINT CASE MANAGEMENT STATEMENT,
AND TO COMPLETE INITIAL DISCLOSURES, AND [PROPOSED] ORDER

| | |
|---|---|
| Dated: January 3, 2011 | Respectfully submitted, |
| | By: /s/Robert J. Nolan |
| | Robert J. Nolan (#235738) |
| | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | 50 Fremont Street |
| | San Francisco, CA 94105 |
| | Telephone: (415) 983-1000 |
| | Facsimile: (415) 983-1200 |
| | Email: robert.nolan@pillsburylaw.com |
| | |
| | James G. Gatto (admitted *pro hac vice*) |
| | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | 1650 Tysons Boulevard |
| | McLean, VA 22102-4859 |
| | Telephone: (703) 770-7900 |
| | Facsimile: (703) 770-7901 |
| | Email: james.gatto@pillsburylaw.com |
| | |
| | *Attorneys for Defendant/Counterclaimant* |
| | *Environmental Systems Products, Inc.* |
| Dated: January 3, 2011 | |
| | By: /s/Stuart C. Clark |
| | Stuart C. Clark (#124152) |
| | CARR & FERRELL LLP |
| | 120 Constitution Drive |
| | Menlo Park, CA 94025 |
| | Telephone: (650) 812-3400 |
| | Facsimile: (650) 812-3444 |
| | Email: clark@carrferrell.com |
| | |
| | Vani Moodley (#219139) |
| | HAHN MOODLEY LLP |
| | 800 West El Camino Real |
| | Mountain View, CA 95014 |
| | Telephone: (650) 903-2257 |
| | Facsimile: (650) 963-3303 |
| | Email: vani@hahnmoodley.com |
| | |
| | *Attorneys for Plaintiff/Counterdefendant* |
| | *InBAC, Inc.* |

402564661v1

3

STIPULATED REQUEST TO CONTINUE DEADLINES
TO FILE ADR FORMS AND JOINT CASE MANAGEMENT STATEMENT,
AND TO COMPLETE INITIAL DISCLOSURES, AND [PROPOSED] ORDER

## ATTESTATION PURSUANT TO GENERAL ORDER 45, § X(B)

I attest that I have obtained the concurrence in the filing of this document from each signatory pursuant to General Order 45, § X(B).

By: /s/Robert J. Nolan
Robert J. Nolan (#235738)
PILLSBURY WINTHROP SHAW PITTMAN LLP
50 Fremont Street
San Francisco, CA 94105
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
Email: robert.nolan@pillsburylaw.com

James G. Gatto
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, VA 22102-4859
Telephone: (703) 770-7900
Facsimile: (703) 770-7901
Email: james.gatto@pillsburylaw.com

*Attorneys for Defendant/Counterclaimant*
*Environmental Systems Products, Inc.*

## [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that pursuant to the above stipulation of the parties the deadlines to file the ADR Certification (pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b)) and Notice of Need for ADR Phone Conference (pursuant to Civil L.R. 16-8(c) and ADR L.R. 3-5(c)), and the Joint Case Management Statement (pursuant to Civil L.R. 16-9(a)), and to complete Initial Disclosures (pursuant to Fed. R. Civ. P. 26(a)(1)), currently set for January 3, 2011 are continued to January 5, 2011.

Dated: 1/4/2011

_____
HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

4

402564661v1

STIPULATED REQUEST TO CONTINUE DEADLINES
TO FILE ADR FORMS AND JOINT CASE MANAGEMENT STATEMENT,
AND TO COMPLETE INITIAL DISCLOSURES, AND [PROPOSED] ORDER