1  STUART C. CLARK (SBN 124152)
   clark@carrferrell.com
2  CARR & FERRELL LLP
   120 Constitution Drive
3  Menlo Park, California 94025
   Telephone: (650) 812-3400
4  Facsimile: (650) 812-3444

5  VANI MOODLEY (SBN 219139)
   vani@hahnmoodley.com
6  HAHN MOODLEY LLP
   800 W. El Camino Real
7  Mountain View, California 95014
   Telephone: (650) 903-2257
8  Facsimile: (650) 963-3303

9  Attorneys for plaintiff and counterdefendant
   INBAC, INC.
10
   ADDITIONAL COUNSEL LISTED ON
11 SIGNATURE PAGE

12                 UNITED STATES DISTRICT COURT
13                 NORTHERN DISTRICT OF CALIFORNIA
14                 SAN JOSE DIVISION
15

16
17 INBAC, INC.,                              CASE NO. CV10-04248 JF (HRL)
18         Plaintiff,
                                             **STIPULATION AND [PROPOSED]
19     v.                                    ORDER FOR DISMISSAL OF
                                             ACTION WITH PREJUDICE**
20 ENVIRONMENTAL SYSTEMS
   PRODUCTS, INC.,
21
           Defendant.
22
23 AND RELATED COUNTERCLAIM

24     WHEREAS:

25     A.  The parties have reached an agreement settling the disputes which form the subject

26 of this action, and all related disputes;

27     B.  The settlement agreement provides, among other things, that this action shall be

28 dismissed with prejudice, and that this Court shall retain jurisdiction to enforce the settlement

{00492986v1}                              -1-

agreement, if necessary:

NOW THEREFORE, IT IS HEREBY STIPULATED by and between plaintiff and counterdefendant INTERNATIONAL BUSINESS ACCELERATOR, INC. (incorrectly identified in the pleadings as InBAC, Inc.) ("INBAC"), and defendant and counterclaimant ENVIRONMENTAL SYSTEMS PRODUCTS, INC. ("ESP"), and third party defendant VTT TECHNICAL RESEARCH CENTRE OF FINLAND (incorrectly identified in the counterclaim as Valtion Teknillinen Tutkimuskeskus) ("VTT"), through their undersigned counsel, that:

1. The entire action shall be dismissed with prejudice, including the claim of the complaint and the claims of the counterclaim;

2. This Court shall retain jurisdiction to enforce the parties' settlement agreement, and to adjudicate any disputes relating to the performance or non performance by any party of its obligations under the settlement agreement, and for all other purposes relating to the settlement agreement; and,

3. Each party shall pay its own costs and attorneys' fees.

Dated: January 18, 2011

By: /s/Stuart C. Clark
Stuart C. Clark (#124152)
CARR & FERRELL LLP
120 Constitution Drive
Menlo Park, CA 94025
Telephone: (650) 812-3400
Facsimile: (650) 812-3444
Email: clark@carrferrell.com

Vani Moodley (#219139)
HAHN MOODLEY LLP
800 West El Camino Real
Mountain View, CA 95014
Telephone: (650) 903-2257
Facsimile: (650) 963-3303
Email: vani@hahnmoodley.com

*Attorneys for* INTERNATIONAL BUSINESS ACCELERATOR, INC.

| | |
|---|---|
| 1 | |
| 2 | By: /s/Robert J. Nolan |
|   | Robert J. Nolan (#235738) |
| 3 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | 50 Fremont Street |
| 4 | San Francisco, CA 94105 |
|   | Telephone: (415) 983-1000 |
| 5 | Facsimile: (415) 983-1200 |
|   | Email: robert.nolan@pillsburylaw.com |
| 6 | |
| 7 | James G. Gatto |
|   | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 8 | 1650 Tysons Boulevard |
|   | McLean, VA 22102-4859 |
| 9 | Telephone: (703) 770-7900 |
| 10 | Facsimile: (703) 770-7901 |
|    | Email: james.gatto@pillsburylaw.com |
| 11 | |
| 12 | *Attorneys for* ENVIRONMENTAL SYSTEMS PRODUCTS, INC. |
| 13 | |
| 14 | By: /s/David Martinez |
|    | David Martinez (#2193183) |
| 15 | ROBINS, KAPLAN, MILLER & CIRESI LLP |
|    | 2049 Century Park East, Suite 3400 |
| 16 | Los Angeles, CA 90067-3208 |
| 17 | Telephone: (310) 552-0130 |
|    | Facsimile: (310) 229-5800 |
| 18 | Email: DMartinez@rkmc.com |
| 19 | |
| 20 | Richard M. Martinez |
|    | Sang Young Brodie |
| 21 | ROBINS, KAPLAN, MILLER & CIRESI LLP |
|    | 800 LaSalle Avenue, 2800 La Salle Plaza |
| 22 | Minneapolis, MN 55402 |
|    | Telephone: (612) 349-8500 |
| 23 | Facsimile: (612) 339-4181 |
|    | Email: RMMartinez@rkmc.com |
| 24 | |
| 25 | *Attorneys for* VTT TECHNICAL RESEARCH CENTRE OF FINLAND |
| 26 | |
| 27 | |
| 28 | |

**ATTESTATION PURSUANT TO GENERAL ORDER 45, § X(B)**

I attest that I have obtained the concurrence in the filing of this document from each signatory pursuant to General Order 45, § X(B).

By: /s/Stuart C. Clark
Stuart C. Clark (#124152)
CARR & FERRELL LLP
120 Constitution Drive
Menlo Park, CA 94025
Telephone: (650) 812-3400
Facsimile: (650) 812-3444
Email: clark@carrferrell.com

Vani Moodley (#219139)
HAHN MOODLEY LLP
800 West El Camino Real
Mountain View, CA 95014
Telephone: (650) 903-2257
Facsimile: (650) 963-3303
Email: vani@hahnmoodley.com

*Attorneys for* INTERNATIONAL BUSINESS ACCELERATOR, INC.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED

Date: January 19, 2011.

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

{00492986v1}

-1-

Stipulation for Dismissal